

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 19, 2021

**BY ECF**
Hon. Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:    *United States v. Trinidad Lopez and Honrado*, 21 Cr. 716 (PAE)

Dear Judge Engelmayer:

    The Government writes respectfully to request that the Court schedule an arraignment and initial conference in the above-referenced matter. The Government understands the Court is available on Monday, November 29, 2021, at 12:00 p.m., which date and time works for all parties. The Government additionally requests, with the consent of each of the defendants, by and through defense counsel, that the Court exclude time from today until November 29, 2021, under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), so that the Government and the defense can discuss the scope of discovery in this matter, the Government can begin the process of preparing the discovery for production, and so that the parties can have discussions as to whether pretrial resolutions of this matter are possible.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: *Michael R Herman*
Michael R. Herman
Kaylan E. Lasky
Assistant United States Attorneys
(212) 637-2221 / - 2315

**GRANTED.** Time is excluded until November 29, 2021, for the reasons stated. The Clerk of Court is requested to terminate the motion at Dkt. No. 8

11/19/2021

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge