**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

January 19, 2022

<u>**VIA ECF**</u>

The Honorable Paul A. Engelmayer
United States District Court
Southisn District of New York
40 Foley Square
New York, NY 10007

RE: <u>United States v. Cesar Trinidad Lopez</u>
    21 Cr 716 (PAE)

Dear Judge Engelmayer:

I write with the consent of counsel for co-defendant to request an adjournment of the next status conference in the above-captioned case, currently scheduled for Monday, January 24, 2022 to a date when Mr. Trinidad-Lopez may appear in person rather than by phone. The parties have provided the Court with availability two weeks from now should that week be appropriate for the Court. Thank you for considering this request.

---

The Court respectfully **DENIES** the request for an adjournment of the January 24, 2022 conference. The Court is sympathetic to the preference of counsel for defendant Trinidad-Lopez that he be able to attend the next conference in person. However, given the present state of the pandemic, there is no assurance that he will be able to be produced in person if the conference were held two weeks later. And it is important that the Court hold a conference soon to assure that this case to move forward. The conference remains scheduled for January 24, 2022, at 2:30 p.m. The Clerk of Court is requested to terminate the motion at Dkt. No. 20.

Respectfully submitted,

Ian Marcus Amelkin
Assistant Federal Defender
52 Duane Street, 10th Floor
New York, NY 10007
(212) 417-8733
ian_marcus_amelkin@fd.org

SO ORDERED.    1/19/2022

_____
PAUL A. ENGELMAYER
United States District Judge