```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                        :
UNITED STATES OF AMERICA,                               :
                                                        :
            -v-                                         :     21-CR-716 (PAE)
                                                        :
CESAR ESTALYN TRINIDAD LOPEZ, and,                      :     SCHEDULING ORDER
XAVIER HONRADO,                                         :
                                                        :
                                                        :
                        Defendants.                     :
                                                        :
------------------------------------------------------------------------X
```

PAUL A. ENGELMAYER, District Judge:

A conference is scheduled in this case for **January 24, 2022** at **2:30 p.m.** The Court hereby converts this conference from in person, to telephonic, as a result in the rising number of COVID-19 cases within New York City. The parties are to consult the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://www.nysd.uscourts.gov/hon-paul-engelmayer. To access the conference, the parties should call 888-363-4749 and use access code 468-4906.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: January 21, 2022
       New York, New York