# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

May 12, 2022

**VIA ECF**

The Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

      RE:   **United States v. Cesar Trinidad Lopez**
              **21 Cr 716 (PAE)**

Dear Judge Engelmayer:

    Both defendants write with the consent of the Government to respectfully request the Court adjourn Monday's status conference for 30 to 45 days. Both parties are in engaged in negotiations on plea dispositions, and this adjournment will allow the parties to complete that process. Both defendants waive speedy trial time until the date set by the Court.

<u>United States v. Trinidad Lopez,</u> 21 Cr 716 (PAE)                           Page 2 of 2

                                               Respectfully submitted,

                                               Ian Marcus Amelkin
                                               Assistant Federal Defender
                                               52 Duane Street, 10th Floor
                                               New York, NY 10007
                                               (212) 417-8733
                                               ian_marcus_amelkin@fd.org

                                               /s/
                                               Justine A. Harris
                                               Sher Tremonte LLP
                                               90 Broad St. 23rd Floor
                                               New York NY 10004
                                               (212) 202-2600
                                               jharris@shertremonte.com

cc:    Michael Herman, Esq. & Kaylan Lasky, Esq.
        Assistant U.S. Attorneys

**DENIED.** At the previous conference held on April 5, 2022, the Court explicitly instructed defense counsel that at the upcoming conference scheduled for May 16, 2022, the Court would set a firm deadline for suppression motions unless guilty pleas had been entered or plea agreements reached and a firm date set for the entry of a guilty plea. Counsels' letter does not address the subject of suppression motions and counsel have not represented that plea agreements have been reached. If both counsel state categorically in writing that they are foregoing suppression motions, the Court will be prepared to adjourn the May 16 conference to a date in approximately 30 days, at or by which the Court would expect guilty pleas to be entered. Otherwise, the May 16 conference will go forward as scheduled, at which the Court will set a prompt deadline for suppression motions. The Clerk of Court is requested to terminate the motion at Dkt. No. 31.

                                                        5/12/2022

                SO ORDERED.

                                           *Paul A. Engelmayer*
                                        _____
                                            PAUL A. ENGELMAYER
                                            United States District Judge