**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

June 10, 2022

**VIA ECF**

The Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

RE:   **United States v. Cesar Trinidad Lopez**
       **21 Cr 716 (PAE)**

Dear Judge Engelmayer:

I write with the consent of the Government to respectfully request the Court adjourn Monday's status conference for Mr. Trinidad Lopez to August 10, 2022, at 11 AM. I expect that date will be a change of plea hearing, which the parties will confirm once we have finalized discussions shortly. The defense waives Speedy Trial Act time until August 10, 2022.

Respectfully submitted,

Ian Marcus Amelkin
Assistant Federal Defender
52 Duane Street, 10th Floor
New York, NY 10007
(212) 417-8733
ian_marcus_amelkin@fd.org

**GRANTED.** The conference is adjourned to August 10, 2022 at 11:00 a.m. For the reasons stated above, time is excluded, pursuant to 18 U.S.C. 3161(h)(7)(A), until August 10, 2022. The Clerk of Court is requested to terminate the motion at Dkt. No. 36.

6/14/2022

SO ORDERED.

PAUL A. ENGELMAYER
United States District Judge