

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza*
*New York, New York 10278*

February 6, 2026

**BY ECF**
The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

      Re:    <u>U.S. v. Honrado</u>, 21 Cr. 716 (PAE)

Dear Judge Engelmayer:

Pursuant to the Court's oral Order at the December 18, 2025 conference, the parties respectfully submit this joint letter to apprise the Court of the status of discussions regarding a disposition and to request a brief adjournment so the parties can reach a partial disposition, as detailed below.

The defendant is currently charged in nine Specifications.

- Specifications One and Two (the "Bronx Specifications") relate to a May 14, 2025 incident in the Bronx, New York, in connection with which the defendant had been charged with crimes (the "Bronx Crimes") by the Bronx District Attorney's Office. The Bronx Crimes have since been resolved by the defendant's plea to disorderly conduct under New York Penal Law 240.20.

- Specifications Three, Four, and Five relate to the defendant's failure to comply with various aspects of his supervision.

- Specifications Six through Nine (the "North Carolina Specifications") relate to an August 18, 2025 incident in North Carolina, in connection with which the defendant has been charged with crimes (the "North Carolina Crimes") by state prosecutors in North Carolina. According to the public docket, the North Carolina Crimes remain pending and are scheduled for a hearing on April 17, 2026. The Government and the Probation Office have attempted to contact the North Carolina state prosecutor but have not yet received a response.

The defendant requests that any hearing as to the North Carolina Specifications be deferred until after there are dispositions as to the North Carolina Crimes in state court. The Government has no

objection to that request.  Depending on the dispositions of the North Carolina Crimes, the parties may be able to reach negotiated dispositions as to the North Carolina Specifications.

In the interest of resolving the remaining Specifications, however, the parties have agreed in principle to the following:

- The Probation Office will amend the Violation Report to include a new Specification (the "Disorderly Conduct Specification") reflecting that the defendant pleaded guilty to disorderly conduct under New York Penal Law 240.20 in the Bronx.  The defendant will admit the Disorderly Conduct Specification.

- The Government will dismiss existing Specifications One through Three.

- The defendant will admit Specifications Four (failure to seek employment) and Five (failure to perform require community service).

- The defendant will cooperate with the Probation Office to enroll in mental health treatment at the Probation Office's direction.

- Sentencing to be deferred until a resolution on all Specifications (including Specifications Six through Nine).

The parties respectfully propose that the above will allow the Court to resolve Specifications that are readily resolvable, while permitting the defendant to resolve the North Carolina Crimes before any hearing about the North Carolina Specifications.  The parties respectfully request an adjournment of two weeks so the Probation Office has an opportunity to add the Disorderly Conduct Disposition and for the parties to come to an agreement on the factual basis for that new specification.  On the adjourned date, the defendant would admit to (and the Government would dismiss) the non-North Carolina Specifications, as described above.

The Probation Office agrees with the parties' joint proposal.

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York

by: ___/s/_____
Jun Xiang / Kaylan Lasky / Michael Herman
Assistant United States Attorneys
(212) 637-2289 / -2315 / -2221

**GRANTED.** The Court adjourns tomorrow's conference, for the reasons stated, until **March 17, 2026,** at **11:00 a.m**. The Clerk of Court is requested to terminate the motion at Dkt. No. 79.

SO ORDERED.                    2/9/2026

_____
PAUL A. ENGELMAYER
United States District Judge